**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 554 MAL 2016
                                     :
             Respondent          :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
               v.                    :
                                       :
                                       :
JESSE SMOOT,                      :
                                       :
             Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.